**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MEMRAY MT LLC,<br>*Plaintiff*,<br>v.<br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>*Defendant*. | Case No. 2:25-cv-00970-JRG-RSP |

**SUPPLEMENTAL PROTECTIVE ORDER**

Before the Court is the Parties' Joint Motion for Supplemental Protective Order. **Dkt. No. 45**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, Pursuant to Federal Rule of Civil Procedure 26(c) and the Protective Order in this case (Dkt. 29), Plaintiff Memray MT LLC ("Memray") and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties") agree to additional protections for confidential information, documents, and source code provided by Non-Party NVIDIA Corporation ("NVIDIA"). *See* Dkt. No. 29 at ¶ 20 ("The Parties acknowledge that discovery from certain Third Parties may necessitate amendment or supplementation of this Order."). Memray has served a subpoena on NVIDIA seeking confidential documents and source code regarding certain NVIDIA components and software. The requested documents and source code contain highly sensitive and proprietary trade secret and confidential information. In the event of a conflict between the Protective Order (Dkt. 29) and this Supplemental Protective Order, the terms of this Supplemental Protective Order will govern. It is therefore hereby **ORDERED** that:

1. NVIDIA may designate material as "NVIDIA RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY" or as "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE." Source Code shall have the definition provided in paragraph 8 of the Protective Order (Dkt. 29).

2. Material designated as "NVIDIA RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY" shall be subject to all protections afforded to "RESTRICTED – ATTORNEYS' EYES ONLY" information as described in the Protective Order (Dkt. 29), as well as additional protections described below. Protected Material designated as "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE" shall be subject to all of the protections afforded to "RESTRICTED CONFIDENTIAL SOURCE CODE" information including in the Protective Order (Dkt. 29), as well as additional protections described below. For materials designated "NVIDIA RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY" and "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE," access to, and disclosure of, such material shall be limited to individuals listed in paragraphs 5(a-b) and (e-g) and 10(e) of the Protective Order (Dkt. 29), including up to four (4) outside consultants or experts retained by a party for purposes of this litigation and approved to access materials pursuant to paragraph 5(e) of the Protective Order (Dkt. 29).

3. Access to NVIDIA Source Code shall be provided, at NVIDIA's election, (1) on a secured computer having disk encryption and password protection in a secured room without Internet access or network access to other computers, such that all persons entering the secured room containing the source code are subject to reasonable security measures to ensure they are not carrying any prohibited items before they will be given access to the secured room; or (2) on a networked computer configured to connect (via a Virtual Private Network or Virtual Network

Computing connection) to a source code review environment hosted on a remote server maintained by the NVIDIA. Both the (1) secured computer and (2) the networked computer are referenced herein as the "NVIDIA Source Code Computer." Use or possession of any input/output device (e.g., USB memory stick, mobile phone or tablet, camera or any camera-enabled device, CD, floppy disk, portable hard drive, laptop, or any device that can access the Internet or any other network or external system, etc.) is prohibited while accessing the NVIDIA Source Code Computer. The receiving party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device.

4. The NVIDIA Source Code Computer shall contain the tools used for viewing, searching, and compiling NVIDIA Source Code and may include those presently used in the ordinary course of NVIDIA's business, including version control tools and software development tools used by NVIDIA. In addition, the receiving party's outside counsel and/or experts may request that commercially available software tools for viewing and searching NVIDIA Source Code be installed on the NVIDIA Source Code Computer, provided, however, that the software does not enable functions other than viewing and searching NVIDIA Source Code or otherwise compromise security of the NVIDIA Source Code Computer. Upon request by NVIDIA, the receiving party shall provide to NVIDIA the additional commercially available software tools to be used on the secured computer.

5. The receiving party's outside counsel and/or expert shall be entitled to take notes relating to the source code but may not copy any portion of the source code into the notes. No copies of all or any portion of the source code may leave the room in which the source code is inspected except as otherwise provided herein. Any handwritten notes or other work product, created by the receiving party reflecting NVIDIA Source Code shall be marked as "NVIDIA

RESTRICTED CONFIDENTIAL SOURCE CODE." Further, no other written or electronic record of the source code is permitted except as otherwise provided herein.

6. No person shall copy, e-mail, transmit, upload, download, print, photograph or otherwise duplicate any portion of the designated "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE" material, except that the receiving party may print paper copies of limited portions of NVIDIA Source Code that are reasonably necessary for the preparation of court filings, pleadings, expert reports, or other papers, or for deposition or trial, but shall not print paper copies for the purpose of reviewing the source code other than electronically as set forth in paragraph 7 below in the first instance. There are two methods for printing that may be used at NVIDIA's discretion:

a. If the receiving party would like to have a portion of NVIDIA Source Code printed, the receiving party will save the files that will be printed by NVIDIA. NVIDIA will print hard copies of those files to include Bates numbers and the label "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE."

b. NVIDIA may make available a color laser printer with commercially reasonable printing speeds for on-site color printing during inspections of NVIDIA Source Code. NVIDIA shall provide paper for use in printing NVIDIA Source Code, premarked to include bates numbers and the label "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE." NVIDIA shall keep the originals of the printed NVIDIA Source Code, and color copies shall be made for and delivered to the receiving party.

7. Except as otherwise provided herein, no more than 100 pages of the total NVIDIA Source Code for any single software release may be requested in printed form. Additionally, except as otherwise provided herein, the receiving party shall not request to print out any continuous block of NVIDIA Source Code that results in more than thirty (30) consecutive printed pages. If necessary, the receiving party may request to print additional pages in excess of the 100 pages of total NVIDIA Source Code for a software release, or continuous blocks that exceed thirty (30) consecutive pages, which NVIDIA shall not unreasonably deny.

8. Any paper copies of materials designated as "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE" used during a deposition shall be retrieved by the receiving party at the end of each day and must not be given to or left with a court reporter or any other unauthorized individual. To the extent portions of NVIDIA Source Code are quoted in a court filing, the party quoting the NVIDIA Source Code shall quote only such portions as necessary to establish their point.

9. The receiving party shall maintain all printed portions of NVIDIA Source Code in a secured, locked area under the direct control of counsel responsible for maintaining the security and confidentiality of the designated materials. Any paper copies designated "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE" shall be stored or viewed only at (i) the offices of outside counsel for the receiving party, (ii) the offices of outside experts or consultants who have been approved to access source code; (iii) the site where any deposition is taken (iv) the Court; or (v) any intermediate location necessary to transport the information to a hearing, trial or deposition.

10. NVIDIA Source Code may only be transported to another person authorized to receive it under this Supplemental Protective Order on paper or encrypted removable electronic media (e.g., a DVD, CD-ROM, or flash memory "stick") via hand carry by a person authorized to handle NVIDIA Source Code under this Supplemental Protective Order. Additionally, NVIDIA will be responsible for transporting NVIDIA Source Code between the locations described in paragraph 9 above in response to reasonable requests made by the receiving party. NVIDIA Source Code may not be transported or transmitted electronically over a network of any kind, including a LAN, an intranet, or the Internet.

11. Each party receiving material designated "NVIDIA RESTRICTED – OUTSIDE ATTORNEYS' EYES ONLY" or "NVIDIA RESTRICTED CONFIDENTIAL SOURCE CODE" containing technical information acknowledges that such information may be subject to applicable laws and regulations relating to the export of such information.[1] Accordingly, each party agrees to comply with such export control statutes and regulations. *See, e.g.*, 15 CFR § 734.3.

**SIGNED this 7th day of June, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

[1] Applicable export restrictions may include, without limitation, those specified for ECCN 3E001 and ECCN 4E001 in Supplement No. 1 to Part 774 of the Code of Federal Regulations.