**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MEMRAY MT LLC | § | |
| | § | |
| v. | § | Case No. 2:25-CV-00970-JRG-RSP |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY | § | |
| | § | |

**Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 25, 2026**

**OPEN: 1:01 p.m.** **ADJOURN: 2:19 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Charles Ainsworth, Andrew Choung |
| ATTORNEY FOR DEFENDANT: | Josh Thane, Mark Reiter, Jennifer Doan, Nathan Curtis, Natalie Heim, Christine Zaleski |
| LAW CLERK: | Tariq Ausaf |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Ainsworth introduced co-counsel and announced ready. Mr. Thane introduced co-counsel and announced ready.

Mr. Choung argued Plaintiff's Motion to Compel Defendant to Provide Accused Product Correlation Chart (**Dkt. No. 47**). Mr. Curtis responded on behalf of Defendant. The Court **DENIED** the motion without prejudice for the reasons orally assigned.

Ms. Heim argued Defendant's Motion to Compel Plaintiff's Responses to Interrogatories (**Dkt. No. 49**). Mr. Choung responded on behalf of Plaintiff. The Court **GRANTED** the motion to the extent orally assigned and provided directions as set forth in the record.

Court adjourned.